# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN R. KACHENMEISTER,**

       **Plaintiff,**

**-vs-**                                         **Case No. 6:05-cv-993-Orl-31DAB**

**BREVARD SECURITY SPECIALISTS, INC., DAVID W. GRAHAM, and JEFFREY W. FARLESS,**

       **Defendants.**

_____

# ORDER

This cause comes before the Court on the Plaintiff's Motion for Default Judgment (Doc. No. 17) filed December 1, 2005.

On December 12, 2005, the United States Magistrate Judge issued a report (Doc. No. 18) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Motion for Default Judgment is GRANTED.

3. The Clerk is directed to enter judgment on behalf the Plaintiff John R. Kachenmeister and against the Defendants' Brevard Security Specialists, Inc., David W. Graham, and Jeffrey W. Farless, jointly and severally, in the total amount of $1,380.00 ($140.00 in damages, $780.00 in attorney's fees and $395.00 in costs).

      4).      Any pending motions are denied as moot and the Clerk is directed to close the file.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on January 3, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE